# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | | | | |
|---|---|---|---|---|---|
| CASE NO. | M05-G21 | DATE | 04-23-09 | TIME | 2:09 - 2:18 (9) |
| USA v. | James T. Kimball | TAPE NO. | FTR | JUDGE | |

**BEFORE JAMES E. GRAHAM, U.S. MAGISTRATE JUDGE**   **INTERPRETER:**

| | | |
|---|---|---|
| X | DEFENDANT PRESENT | |
| X | COUNSEL FOR DEFENDANT | Desiree Watson, Appointed |
| X | ASSISTANT U.S. ATTORNEY | Jeff Buerstatte |
| X | DEPUTY CLERK | Robbi Atkins |
| X | U.S.P.O | (Fonda Dixon)  Phil Lyons   David Paga   Scot Riggs |
| X | U.S. MARSHAL | (Donnie Foster) (Hilton Markette)  Jay Ciamerone |

**RULE 40 IN - PRELIMINARY EXAMINATION/DETENTION HEARING**

CASE CALLED

WITNESS: HILTON MARKETTE, SWORN

PROBABLE CAUSE FOUND /DEFENDANT BE DETAINED WITHOUT BOND

HOUSED AT MCINTOSH COUNTY JAIL,